Eric Saul Kalugin
51 King Road
Landing, NJ, 07850
973-601-7757

# UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF NEW JERSEY

-------------------------------------------------------x

In Re: Chapter 13

**ERIC SAUL. KALUGIN**　　　　　　　　　　　　Case Number: **17-29512- VFP**

　　　　　Debtor.

-------------------------------------------------------x

ERIC S. KALUGIN　　　　　　　　　　　　　　　Adversary Case No._____

　　　　　Plaintiff,

　　vs.

HSBC BANK USA, N.A.; HSBC MORTGAGE
CORPORATION, (USA); SILLS CUMMIS &
GROSS, P.C.; MTGLQ INVESTORS, L.P.;　　　　**COMPLAINT**
RUSHMORE LOAN MANAGEMENT SERVICES
PLUESE, BECKER & SALTZMAN, LLC.;,
LLC.; GOLDMAN SACHS GROU, INC.

Defendants.

-------------------------------------------------------x

1

### *Introduction*

This Adversary Proceeding/Complaint, is intended to expose Defendants illegal Standing to collect on a Secured Debt and to Void the alleged Note and Mortgage. Plaintiff believes, that HSBC Bank USA, N.A. having **admitted** to criminally violating US anti-money laundering, drug and TERRORIST Financing and sanction laws and willfully failing to conduct due diligence related its foreign correspondent affiliates thereby, violating IEEPA(International Emergency Economic Powers Act), TWEA(Trading with The Enemy Act) and did use those illegal proceeds/income, after laundering, for mortgage loans as in **Loan Number 0359861369.** The bank, its owned subsidiary HSBC Mortgage Corporation (USA) and it's principals, were fully aware of the scheme and the fraudulent use of those ill gotten proceeds that were committed to borrowers between 1995 through 2006. Specifically, they were lending Drug Laundered and Trading with Enemies of The United States of America funds, for mortgage loans. There is no defense for these **admitted** to felonies or "Settlements", even if the bank got off the hook Criminally, they are responsible Civilly for all their actions and the damage created. Corporations and Individuals should be equal before the law without any preference. Here the bank used illegal funds compounded by bookkeeping manipulation, for mortgage loans, **during the time the above loan was allegedly given to the undersigned,** with/from another of it's entities (lender/vendor) Allied Home Mortgage, who were charged by the DOJ for their financial crimes, paid fines and closed.

These facts did not come to the attention of the Plaintiff during the foreclosure proceeding in state court. The NJ State Court does not entertain such defenses in foreclosure proceedings, according to the state court it is not relevant. However, in US Bankruptcy Court it is relevant, because the alleged secured lender intends to collect on an, admitted to, money laundered, sourced debt. Plaintiff believes that this passes a red line, in which this court must void this alleged money laundered sourced loan. This would expose the entity shell game, between HSBC Bank USA, N.A. and it's owned subsidiary HSBC Mortgage Corporation USA, (and others) for their (Un-American) use of illegal funds for mortgage loans, attempting to avoid public, market and Legal exposure. The scheme later required the sale of

"paper" to another "Straw Corporation" (MTGLQ Investors, L.P.), which was created by HSBC Bank USA, N.A., Goldman Sachs & Co and other financial institutions (Kinda like the MERS scheme). MTGLQ Investors, L.P. has multiple addresses and hides its true business activities, identity and genesis behind Rushmore Loan Management Services, LLC.. Further, in this bankruptcy, they are represented by Pluese Becker & Saltzman, LLC., who were counsel of record for HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) in the State Foreclosure action, and therefore are complicit, as they were aware of and knowingly abetted the bank's money laundering activities by aiding and compounding those crooked banking activities by filing frivolous, predatory collection law suits violating state ethics and rules. On March 29, 2017, MTGLQ Investors, L.P., Bowling Green Station, P.O. Box 1110, New York, NY, 10274, by letter, gave Notice to Borrower that the mortgage loan was sold to them **as of March 1, 2017**. The letter stated that the servicer for this loan was HSBC Bank, USA, N.A. and MTGLQ Investors, L.P. who could be reached at 6011 Connection Drive, Irvine, TX, 7539, **while now**, for this bankruptcy case they **now** claim a new address for MTGLQ Investors, L.P. c/o Rushmore Loan Management Services, LLC., P.O. Box 55004 in Irvine, CA, 92619-2708, and **now** the shady, Lobbyist law firm Sills Cummis & Gross, P.C. is representing HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) in this bankruptcy proceeding. The fact that those entities, with their counsel, filed Notices of Appearance and Objections, is a clear indication of the multiple Creditors, Debt Collectors and Law Firms (Including a Lobbyist Law Firm) are involved for the same alleged Debt. There should only be one Creditor for one Debt at a time. This raises a red flag for the Plaintiff and surely for this court. All Plaintiffs were aware of the money laundering and published data regarding the over $4 Billion in paid penalties for the, admitted to activities of HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) for their, funneling of laundered money for mortgage loans via bookkeeping entries, etc. Plaintiff believes that the Defendant(s) collectively are Panicked that the public will be made aware of their criminal and Un-American activities: fraud, money laundering, predatory lending, predatory collection, trading with enemies of America etc. etc. as a result of their Felonies, mismanagement and arrogance (Too Big To Fail Corporate culture mentality).

## *Parties*

### Plaintiff:

Eric S. Kalugin, 51 King Road, Landing, NJ, 07850, Tel: 973-601-7757

### *Defendants:*

Defendant 1:
HSBC Bank USA, N.A., One HSBC Center, Buffalo, NY, 14203, Tel:716-841-7212

Defendant 2:
HSBC Mortgage Corporation (USA), 2929 Walden Avenue, Depew, NY, 14043, Tel: 716-651-6100

Defendant 3:

Sills Cummis & Gross, P.C., Lobbyist, One Riverfront Plaza, Newark, NJ, 07102, Tel: 973- 643-6500

Defendant 4:

MTGLQ Investors, L.P., Bowling Green Station, P.O. Box 1110, New York, NY, 10274, 866-707-8234; MTGLQ Investors, L.P. 6011 Connection Drive, Irvine, TX, 75039, 866-707-8234; MTGLQ Investors, L.P. c/o Rushmore Loan Management Services, LLC., P.O. Box 55004, Irvine, CA. 888-699-5600

Defendant 5:

Rushmore Loan Management Services, LLC., P.O. Box 55004, Irvine, CA. Tel:888-699-5600.

Defendant 6:

Goldman Sachs Group, Inc., 200 West Street, New York, NY, 10282, Tel:212-902-1000

Plaintiff believes, according to public records, that alleged Defendant/Creditor has no standing to collect on a secured debt from the alleged Debtor/Plaintiff herein for the following reasons, Plaintiff states the following to be true:

***Facts:***

1. Pursuant to County records a Loan was executed on October 16, 2003 in the amount of $ 395,000.00. The Mortgage (lien) was made in favor of HSBC Mortgage Corporation, 2929 Walden Avenue, Depew, NY, 14043. The Mortgage was recorded in the Morris County Recorder of Deeds Office on 11/15/2003, Book 15950, Page 192. The Borrower named in this instrument is Eric S. Kalugin.
2. This loan was initiated by to Allied Home Mortgage, who sent their documents to Plaintiff on 7/11/03 . **NOTE.1)** Allied could not continue their management because of the criminal accusations by the DOJ, which resulted in fines and their closure of. HSBC Mortgage Corporation, took over the loan after Allied Home Mortgage had used the Closing Papers to lend Funds to the Plaintiff **NOTE.2)** This loan was never cancelled from record. To date, it is not clear if all the funds came from HSBC Mortgage Corporation (USA) or Allied Home Mortgage.
3. Meanwhile, unbeknownst to Plaintiff, HSBC Bank USA, N.A. had been laundering money from narcotics proceeds from various countries on the U.S. Terror List and were using/comingling the funds for mortgage loans via bookkeeping manipulation. There was no oversight or control of the bank's business practices. Plaintiff believes that HSBC Mortgage Corporation (USA) owned by and a subsidiary of HSBC Bank USA, N.A. used those tainted funds for Plaintiff's loan.
4. On 11/8/2011, an Assignment was executed by HSBC Mortgage Corporation (USA), assigning the mortgage to HSBC Bank USA, N.A. with **both** entities having the same address 2929 Walden Avenue, Depew, NY, 14043. HSBC Bank USA, N.A is separate entity and has its legal address in Buffalo at One HSBC Center, Buffalo, NY, 14203. Moreover, the **Note has an undated blank Endorsement** from HSBC Mortgage Corporation (USA), which would indicate that HSBC Mortgage Corporation (USA) is the Real

5

Party of Interest in this loan/note and the **only** entity with Standing to collect.

5. As counsel and the law firm for HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA), Pluese Becker & Saltzman was fully aware of the money laundering activities of the bank and its subsidiary and **now,** are fully aware of and complicit in the "shell-straw entity game" with the **now,** new player/buyer MTGLQ Investors, L.P. (for the loan in question). In their world, the Note and Mortgage were never to be sold, only moved between partners in crime to conceal the real source of funds used for this and other loans. MTGLQ Investors, L.P. was funded directly or indirectly by HSBC Bank USA, N.A., who **now,** in this bankruptcy case, are represented by the Lobbyist and Debt Collector firm, Sills Cummis & Gross, P.C., who must have known of the money laundering activities. Law Firms are required to deny cases, were there is criminal activity and knowledge of such activities mandates all counsel to report those facts to the authorities, lest they become a partner in the crime and concealment of those activities.
6. Moreover, MTGLQ Investors, L.P. use several addresses, one includes that of another entity, Rushmore Loan Management Services, LLC. P.O. Box address 55004, Irvine, CA, 92619-2708, which is simply not accurate and a reflection of their Entity distraction Three Card Monty tactic. The **Actual** addresses of MTGLQ Investors, L.P. are listed above under Defendants.
7. HSBC Bank USA, N.A., nor HSBC Mortgage Corporation (USA), nor MTGLQ Investors, L.P., nor Pluese Becker & Saltzman, nor Sills Cummis & Gross, P.C. should be entitled to collection or any relief. It would only reward their Frauds.
8. Plaintiff is in possession of the 114th CONGRESS, SECOND SESSION, July 11, 2016 Report and other investigative documentation that reveal the banks, admitted to, Tawdry, Shoddy and abusive Un-American Banking activities, internationally and domestically, impacting the American Public, and it's Banking and Investment communities, for which they were **only** civilly held accountable.
9. **Rico Should apply.**

Wherefore, Plaintiff requests this court void the Mortgage and Note, strike all alleged secured creditors for this loan, award putative damages for $ 1,500,000.00, to be paid by all Defendants, and or as the court seems just and proper.

Dated: December 26, 2017

_____

Eric S. Kalugin

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>ERIC SAUL KALUGIN | **DEFENDANTS**<br>HSBC BANK N.A. et al. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Pro-Se | **ATTORNEYS** (If Known)<br>UNKNOWN |
| **PARTY** (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

TO VOID ALLEGED NOTE & MORTGAGE — AND — PUTATIVE DAMAGES FOR USING MONEY LAUNDERED TAINTED FUNDS TO FINANCE THE ALLEGED MORTGAGE LOAN.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 1,500,000.00 |
| Other Relief Sought  AS THE COURT SEES JUST AND PROPER | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ERIC SAUL KALUGIN | BANKRUPTCY CASE NO.<br>17-29572 | |
| DISTRICT IN WHICH CASE IS PENDING<br>N.J. | DIVISION OFFICE<br>NEWARK | NAME OF JUDGE<br>PAPALIA |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>ERIC SAUL KALUGIN | DEFENDANT<br>HSBC BANK et al | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>N.J. | DIVISION OFFICE<br>NEWARK | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>12/26/2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.