Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Eric Saul Kalugin
Debtor

Case No.: 17–29512–VFP
Chapter 7

Eric S. Kalugin
Plaintiff

v.

Goldman Sachs Group Inc.
Defendant

Adv. Proc. No. 18–01008–VFP                    Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on March 20, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24
Order Dismissing Adversary Proceeding as Against Goldman Sachs Group, Inc. For Lack of Prosecution and Closing Adversary Proceeding . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/20/2019 (mcp)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 20, 2019
JAN: mcp

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

Kalugin,
    Plaintiff
                                                    Adv. Proc. No. 18-01008-VFP

Goldman Sachs Group Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 20, 2019
                      Form ID: orderntc  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
dft        +Goldman Sachs Group Inc.,   200 West Street,   New York, NY 10282-2198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla        +E-mail/Text: 9phd215@gmail.com Mar 20 2019 23:52:40     Eric S. Kalugin,  51 King Rd.,   Landing, NJ 07850-1308
                                                                                                                                        TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
NONE.                                                                               TOTAL: 0